UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Timothy P. Neumann, Esq. [TN6429]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
*Attorneys for 270 Berger Real Estate, LLC*

Order Filed on November 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**270 BERGER REAL ESTATE, LLC,**

Debtor.

Case No.: 16-21006

Chapter 11

Judge: Hon. Christine M. Gravelle

**CONSENT ORDER REGARDING PLAN TREATMENT OF CLAIM OF CARRINGTON MORTGAGE SERVICES, LLC**

The relief set forth on the following pages, numbered two (2) through 4 is hereby **ORDERED**.

**DATED: November 7, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**
Debtor: 270 Berger Realty, LLC
Case No: 16-21006
Caption of Order: Consent Order Regarding Plan Treatment of Claim of Carrington Mortgage Services, LLC

---

This matter being brought before this Court by Timothy P. Neumann, Esq. of the firm of Broege, Neumann, Fischer & Shaver, LLC; attorneys for debtor 270 Berger Real Estate, LLC; and the attorney for secured creditor Carrington Mortgage Services, LLC, the servicer and attorney-in-fact for Wilmington Savings Fund Society, FSB, As Trustee for Stanwich Mortgage Loan Trust A, loan assignee to Christina Trust ("Carrington"), having consented to the following treatment of Carrington's claim; and For Good Cause Shown,

1. The real property securing this claim known as 999 Woodgate Avenue, Long Branch, New Jersey (the "Property') will be listed for sale and sold prior to December 31, 2017 pursuant to Section 363 of the Bankruptcy Code and Carrington shall have the right to credit bid. Carrington is not required to credit bid on any sale and its decision with respect to whether to credit bid shall have no effect on its rights and remedies.

2. Carrington shall be paid in full at closing unless Carrington consents to receive the net proceeds of sale which total less than the amount required to pay Carrington in full.

3. Effective July 1, 2017, the Debtor shall make adequate protection payments of $700.00 per month until the sale.

4. Carrington shall retain the lien it held on the Petition Date with the same priority as existed on the Petition Date.

5. Except to the extent modified by the terms of this Order as set forth above, all rights of Carrington shall remain as set forth in the prepetition loan documents and as provided by applicable non-bankruptcy law.

2

Page 3
Debtor: 270 Berger Realty, LLC
Case No: 16-21006
Caption of Order: Consent Order Regarding Plan Treatment of Claim of Carrington Mortgage Services, LLC

---

6. Carrington is hereby granted relief from the automatic stay to permit Carrington to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to foreclosure the mortgage(s) held by Carrington on the Property, including a subsequent eviction action, provided, however that no sheriff's sale shall occur before December 31, 2017.

7. The 14-day stay of this Order pursuant to Bankruptcy Rule 4001(a)(3) is waived and Carrington may immediately implement and enforce this Order.

8. Carrington shall accept a plan which incorporates the terms of this Order and is not otherwise in conflict with such terms.

**WE HEREBY CONSENT TO THE FORM AND ENTRY OF THE WITHIN ORDER:**

**Hill Wallack LLP**
*Attorneys for Carrington Mortgage Services, LLC, the servicer and attorney-in-fact for Wilmington Savings Fund Society, FSB, As Trustee for Stanwich Mortgage Loan Trust A, loan assignee to Christina Trust*

By: /s/ Elizabeth Holdren
ELIZABETH HOLDREN

**Broege, Neumann, Fischer & Shaver, LLC**
*Attorneys for Debtor 270 Berger Real Estate, LLC*

By: /s/ Timothy P. Neumann
TIMOTHY P. NEUMANN