792983
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for Secured Creditor: U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on November 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No: 16-21006 - CMG |
|---|---|
| 270 Berger Real Estate, LLC | Hearing Date: 10/03/2017 |
| | Judge: Christine M. Gravelle |

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION**

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: November 17, 2017**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**NJID 792983**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

270 Berger Real Estate, LLC

Debtor

CASE NO. 16-21006 - CMG

CHAPTER 11

CONSENT ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 10/03/2017

This Consent Order pertains to the property located at 270 Berger Avenue, Oakhurst, NJ 07712, mortgage account ending with "1570";

THIS MATTER having been brought before the Court by Timothy P. Neumann, Esquire attorney for Debtor, 270 Berger Real Estate, LLC upon the filing of a Chapter 11 Plan, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 11 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

IT IS ORDERED as follows:

1.      Debtor to make adequate protection payments in the amount of $3,000, effective 7/1/2017.  Debtor to remit $9,000, certified funds, within 5 days of acceptance.  Failure to remit down payment or monthly payment will be grounds for default and in rem relief.

2.      Debtor to provide evidence of listing property for sale within 5 days of acceptance. Debtor to be allowed 60 days to secure an acceptable offer, and 45 days to close such offer, provided that the secured creditor's lien is paid in full or lender will have in rem relief.  Failure to comply with timely listing property, obtaining an offer, or closing should be grounds for default and in rem relief

      3.      This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST

/s/ Sherri J. Braunstein
Sherri J. Braunstein, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 47923
Fax: 856-813-5501
Email: sherri.Braunstein@phelanhallinan.com

      Dated: 11/09/2017

/s/ Timothy P. Neumann      Dated: 11/15/2017
Timothy P. Neumann, Esquire
Attorney for Debtor